IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**ERIC ZEITLIN,**

        Plaintiff,

        v.

**NATALIE ETENHALL,**

        Defendant.

Case No. 1:20-cv-01067-CL

**ORDER**

CLARKE, Magistrate Judge.

    The case comes before the Court on Plaintiff's motion (#62) to enter a 54(b) judgment on the claims resolved by the Court's Opinion and Order (#60), which granted the Defendant's motion for partial summary judgment. The Court granted summary judgment as to the following claims:

1. The claim to recover $250,000.00 in property upgrades and equipment.

2. The $680,000.00 claim arising from the Schafer contract, which includes the loss of the marijuana production license.

3. The $750,000.00 claim arising from Gary Sowder's default on his contract.

Page 1 – ORDER

The Court's ruling on these claims is final. The Defendant has no objection to entering a judgment on these claims, and the Court finds that there is no just reason for a delay in entering judgment. The remaining two claims for fees and costs will be stayed pending the outcome of an appeal of these more substantive claims. Plaintiff's motion (#62) is GRANTED, and a 54(b) judgment shall be entered on these claims.

It is so ORDERED and DATED this 28 day of November, 2023.

_____
MARK D. CLARKE
United States Magistrate Judge