# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## MEDFORD DIVISION

**ERIC ZEITLIN,**

Case No. 1:20-cv-01067-CL

                    Plaintiff,

        v.                                                **JUDGMENT**

**NATALIE WETENHALL,**

                    Defendant.

_____

CLARKE, Magistrate Judge.

In accordance with the Court's Order (#65), and finding no just reason for delay, final judgment is hereby entered for the Defendant and against the Plaintiff as to the following claims:

1.      The claim to recover $250,000.00 in property upgrades and equipment.

2.      The $680,000.00 claim arising from the Schafer contract, which includes the loss of the marijuana production license.

3.      The $750,000.00 claim arising from Gary Sowder's default on his contract.

It is so ORDERED and DATED this 28 day of November, 2023.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER